UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JUAN VICENCIO | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:21-CV-571-SDJ |
| | § | |
| UNITED STATES OF AMERICA | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 6, 2022, the Report of the Magistrate Judge, (Dkt. #10), was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff Juan Vicencio's complaint be dismissed with prejudice pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Plaintiff Juan Vicencio's complaint is **DISMISSED WITH PREJUDICE**.

So ORDERED and SIGNED this 4th day of August, 2022.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE